C. H. Janssen and W. Parker Jones, as Trustees of National Food and Grocery Distributors Code Authority, Inc., Appellants, v. Tom W. Balfe, as Treasurer of Metropolitan District Food and Grocery Distributors' Code Authority, New York State District No. 4, Respondent.— Order affirmed, without costs to either party. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Cohn, JJ.; Untermyer, J., dissents and votes to reverse and grant the motion.

National Surety Corporation, Respondent, v. Federal Reserve Bank of New York, Appellant, and The First National Bank of Boston, Impleaded Defendant.— Order, so far as appealed from, unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Cohn, JJ.

National Surety Corporation, Plaintiff, v. Federal Reserve Bank of New York, Respondent, and The First National Bank of Boston, Impleaded Defendant, Appellant.— Order, so far as appealed from, unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Cohn, JJ.

National Surety Corporation, Respondent, v. Federal Reserve Bank of New York, Defendant, and The First National Bank of Boston, Impleaded Defendant, Appellant. Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Cohn, JJ.

Martin Stanley Markowitz, an Infant, by Harry Markowitz, His Guardian ad Litem, and Harry Markowitz, Respondents, v. Ætna Life Insurance Company, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Cohn, JJ.

Lillian Goodman, Appellant, v. Max Goodman, Respondent.— Judgment unanimously affirmed, without costs. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Cohn, JJ.

Ralph Ingram, an Infant, etc., by Arthur G. Ingram, His Guardian ad Litem, Douglas Ingram, an Infant, etc., by Arthur G. Ingram, His Guardian ad Litem, and Arthur G. Ingram, Respondents, v. Matthew Florio and Others, Defendants, Impleaded with Oscar Beyer, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Cohn, JJ.

Siberian Fur & Flax Co., Ltd., Appellant, v. Irving Trust Company, Respondent.— Judgment unanimously affirmed, with costs. The error in practice involved in the court's dismissal of the complaint after the jury had rendered their verdict may be disregarded. The ultimate ruling was correct. (Cohen v. Brooklyn & Queens Transit Corporation, 246 App. Div. 276.) Present — Martin, P. J., Townley, Glennon, Untermyer and Cohn, JJ.

The People of the State of New York, Respondent, v. Kielman A. Schuddekoff, Appellant.— Judgment unanimously affirmed. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Cohn, JJ.

Alice Nielsen, Respondent, v. LeRoy Ray Stoddard, Appellant.— Order unanimously affirmed, with twenty dollars costs and disbursements, with leave to defendant to serve a further amended answer within twenty days after service